1034

*In the Matter of the Marriage of* DAWN MARIE WALKER, *Appellant*, and TOMMY RAE WALKER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-3-01479-0, Raymond F. Clary, J., entered March 13, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Pennell, J.

WILL T. PAYNE, *Appellant*, v. JOHN "STACY" RUEGSEGGER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-01944-5, John O. Cooney, J., entered May 15, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo, J.; Lawrence-Berrey, J., dissenting.

CONSERVATION NORTHWEST ET AL., *Appellants*, v. OKANOGAN COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 14-2-00346-5, Henry A. Rawson, J., entered January 12, 2015. *Reversed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway, J.; Korsmo, J., dissenting.